**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6900**

———————

ROBERT LEON KEITH,

                                          Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; ATTORNEY GENERAL OF
THE STATE OF SOUTH CAROLINA,

                                          Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Dennis W. Shedd, District Judge.
(CA-99-808-9-19RB)

———————

Submitted:  November 30, 2000        Decided:  December 6, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Leon Keith, Appellant Pro Se.  Derrick K. McFarland, OFFICE
OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Caro-
lina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
Local Rule 36(c).

PER CURIAM:

Robert Leon Keith seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Keith v. South Carolina, No. CA-99-808-9-19RB (D.S.C. June 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court relied in part upon Green v. French, 143 F.3d 865 (4th Cir. 1998), cert. denied, 525 U.S. 1090 (1999), in denying Keith's § 2254 petition, the denial of relief also was correct under the standards announced in Williams v. Taylor, 529 U.S. 362 (2000).